IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALOYSIUS D. BLACKCROW, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>LAKE COUNTY, MONTANA, et al.,<br><br>Defendants, | JUDGMENT IN A CIVIL CASE<br><br>9:21-cv-00097-DWM<br>9:21-cv-00122-DWM<br>9:21-cv-00125-DWM<br>9:21-cv-00132-DWM<br>9:22-cv-00001-DWM<br>9:22-cv-00002-DWM<br>9:22-cv-00003-DWM<br>9:22-cv-00004-DWM<br>9:22-cv-00005-DWM<br>9:22-cv-00006-DWM<br>9:22-cv-00007-DWM<br>9:22-cv-00008-DWM<br>9:22-cv-00009-DWM<br>9:22-cv-00010-DWM<br>9:22-cv-00013-DWM<br>9:22-cv-00014-DWM<br>9:22-cv-00021-DWM<br>9:22-cv-00022-DWM<br>9:22-cv-00024-DWM<br>9:22-cv-00025-DWM<br>9:22-cv-00029-DWM<br>9:22-cv-00031-DWM<br>9:22-cv-00036-DWM<br>9:22-cv-00037-DWM<br>9:22-cv-00038-DWM<br>9:22-cv-00042-DWM<br>9:22-cv-00046-DWM<br>9:22-cv-00048-DWM<br>9:22-cv-00049-DWM<br>9:22-cv-00061-DWM<br>9:22-cv-00062-DWM |

1

|  | 9:22-cv-00094-DWM |
|--|--|
|  | 9:22-cv-00097-DWM |
|  | 9:22-cv-00100-DWM |
|  | 9:22-cv-00106-DWM |
|  | 9:22-cv-00110-DWM |
|  | 9:22-cv-00117-DWM |
|  | 9:22-cv-00124-DWM |
|  | 9:22-cv-00135-DWM |
|  | 9:22-cv-00148-DWM |
|  | 9:22-cv-00150-DWM |
|  | 9:22-cv-00151-DWM |
|  | 9:22-cv-00152-DWM |
|  | 9:22-cv-00153-DWM |
|  | 9:22-cv-00154-DWM |
|  | 9:22-cv-00155-DWM |
|  | 9:22-cv-00156-DWM |
|  | 9:22-cv-00157-DWM |
|  | 9:22-cv-00162-DWM |
|  | 9:22-cv-00170-DWM |
|  | 9:22-cv-00171-DWM |
|  | 9:22-cv-00173-DWM |
|  | 9:22-cv-00175-DWM |
|  | 9:22-cv-00178-DWM |
|  | 9:22-cv-00182-DWM |
|  | 9:22-cv-00185-DWM |
|  | 9:22-cv-00198-DWM |
|  | 9:23-cv-00012-DWM |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of March 12, 2024, this action is DISMISSED.

2

Dated this 12th day of March, 2024.

                    TYLER P. GILMAN, CLERK

                    By: /s/ T. Gesh
                    T. Gesh, Deputy Clerk